FILED BY _AC_ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 JUL 26 PM 1:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**SHARON D. FISHER,**          **JUDGMENT IN A CIVIL CASE**

    Plaintiff,

v.

**INTERNATIONAL PAPER, et al.,**   **CASE NO: 05-2236 M1/P**

    Defendants.

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Leave to Proceed <u>In Forma Pauperis</u>, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee entered July 26, 2005, this case is DISMISSED.


APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


July 26, 2005
DATE

**THOMAS M. GOULD**
Clerk of Court

(By) /s/ Judy Cashy  Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-27-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02236 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Sharon D. Fisher
7406 Ashley Oaks Drive
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT